# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Glenn A. Woodard,                                          Civ. No. 08-194 (ADM/JJK)

    Petitioner,

v.

Dwight L. Fondren, Warden FCI                              **ORDER**
Sandstone,

    Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 19, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Respondent's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 8) is **GRANTED**;

2. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED AS MOOT**.

Dated:  December 12, 2008         s/Ann D. Montgomery
                                  _____
                                  ANN D. MONTGOMERY
                                  United States District Judge